**Anel BARAJAS–RIOS, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–72747.**

United States Court of Appeals, Ninth Circuit.

Submitted April 20, 2011.*

Filed April 28, 2011.

John D. Friedman, Friedman & Ikon, Tarzana, CA, for Petitioner.

Yamileth G. Handuber, Trial, OIL, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

## MEMORANDUM **

Anel Barajas–Rios, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's determination that she was inadmissible under 8 U.S.C. § 1182(a)(6)(C)(ii).

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's findings of fact, *Blanco v. Mukasey,* 518 F.3d 714, 718 (9th Cir. 2008), and we deny the petition for review.

Substantial evidence supports the agency's determination that Barajas–Rios was inadmissible because she made a false claim to being a United States citizen. *See* 8 U.S.C. § 1252(b)(4)(B); *Blanco,* 518 F.3d at 720–21.

**PETITION FOR REVIEW DENIED.**